IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00686-REB-KLM

MICHAEL MADIGAN,

    Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for Telephonic Appearance at Settlement Conference** [Docket No. 14; Filed August 1, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's representative with full settlement authority is directed to call Chambers at (303)-335-2770 at the appointed date and time to participate in the Settlement Conference.

    Dated: August 1, 2008