# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO:           Docketing

DATE:         August 22, 2008

FROM:         Kristen L. Mix
              United States Magistrate Judge

SUBJECT:   Case No.    08-cv-00686-REB-KLM

   Case Name:    Madigan v. Nelson Watson

_____     A Settlement Conference was held on this date and **no** settlement was reached.

✓    A Settlement Conference was held on this date and a settlement was reached. **On or before** _September 22, 2008_, the parties shall file a Stipulated Motion to Dismiss pursuant to Fed.R.Civ.P. 41(a).

Settlement Conference and preparation time  __3__ Hours __15__ Minutes.

Settlement Conference concluded:  YES __✓__  NO _____

Record Made:      YES __✓__      NO _____